Yitzchak Zelman (Admitted *Pro Hac Vice*)
New York Bar No. (5086509)
Email: yzelman@marcuszelman.com
**MARCUS & ZELMAN, LLC**
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel:  (845)367-7146
Fax: (732)695-3282
Attorney for Plaintiff
*Innocent Ngwa*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| INNOCENT NGWA,<br><br>Plaintiff,<br><br>-v-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | **Civil Case Number:**<br>**2:21-cv-02158-RFB-EJY**<br><br>**STIPULATION AND ORDER TO PLAINTIFF'S FILING OF PLAINTIFF'S AMENDED COMPLAINT** |

Plaintiff, Innocent Ngwa, and Defendant, Experian Information Solutions, Inc., by and through their respective counsel of record, hereby submit this stipulation pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, wherein the parties hereby stipulate to, and Defendant consents to allow, the filing of Plaintiff's Amended Complaint in the above-captioned matter, on or before April 15, 2022.  A copy of the Amended Complaint is attached hereto as Exhibit A.

Dated:        March 1, 2022

| MARCUS ZELMAN, LLC | NAYLOR & BRASTER |
|---|---|
| By: /s/ Yitzchak Zelman<br>Yitzchak Zelman, Esq.<br>701 Cookman Avenue, Suite 300<br>Asbury Park, New Jersey 07712<br>Tel: (732)695-3282<br>Email: yzelman@marcuszelman.com<br>*Attorneys for Plaintiff,*<br>*Innocent Ngwa* | /s/ Benjamin B. Gordon<br>Jennifer L Braster, Esq.<br>Naylor & Braster<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>702-420-7000<br>Fax: 702-420-7001<br>jbraster@naylorandbrasterlaw.com<br><br>Benjamin Bradwell Gordon<br>Naylor & Braster<br>1050 Indigo Dr., Ste. 200<br>Las Vegas, NV 89145<br>702-420-7000<br>Fax: 702-420-7001<br>Email: bgordon@nblawnv.com<br><br>**Attorneys for Defendant, Experian Information Solutions, Inc.** |

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 8, 2022