Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile:  702.214.2101

Carolee A. Hoover, Esq. (*pro hac vice forthcoming*)
CHoover@mcguirewoods.com
Alexandra S. Farley, Esq. (*pro hac vice forthcoming*)
AFarley@mcguirewoods.com
McGuireWoods LLP
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.1971
Facsimile: 415.844.1914

*Attorneys for The Bank of Missouri dba Fortiva*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INNOCENT NGWA,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC, AND THE BANK OF MISSOURI DBA FORTIVA,<br><br>Defendants. | CASE NO.:  2:21-cv-02158-RFB-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

    Defendant The Bank of Missouri DBA Fortiva ("Fortiva") and Plaintiff Innocent Ngwa ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate, pursuant to LR IA 6-1 and 6-2, to extend the deadline for Fortiva to respond to the Amended Complaint (ECF No. 19) by thirty (30) days, or up to and until Monday, June 6, 2022. Absent the extension, the deadline for Fortiva to answer or otherwise respond to the Amended Complaint is May 5, 2022. This is the first stipulation for an extension of time for Fortiva to respond to the Amended Complaint.

The Parties believe the litigation of this matter is best served by extending the response deadline by 30 days so that Fortiva, now with counsel retained, has sufficient time to respond to the allegations in the Amended Complaint.

This stipulation is made in good faith, and not intended to cause delay, and not filed for an improper purpose.

Dated this 3rd day of May, 2022.

PISANELLI BICE PLLC

By: __/s/ Debra L. Spinelli__
Debra L. Spinelli, Esq., Bar No. 9695
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

Carolee A. Hoover, Esq.
(*pro hac vice forthcoming*)
Alexandra S. Farley, Esq.
(*pro hac vice forthcoming*)
MCGUIREWOODS LLP
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821

*Attorneys for The Bank of Missouri dba Fortiva*

Dated this 3rd day of May, 2022.

MARCUS & ZELMAN, LLC

By: __/s/ Yitzchak Zelman__
Yitzchak Zelman, Esq.
(*admitted pro hac vice*)
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712

Robert M. Tzall, Esq., Bar No. 13412
LAW OFFICES OF ROBERT M. TZALL
7735 Commercial Way, Suite 100
Henderson, NV 89011
(702) 666-0233 Tel.

*Attorney for Plaintiff Innocent Ngwa*

**<u>ORDER</u>**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, based on the Parties' stipulation above, Defendant Fortiva shall have thirty (30) days, or until June 5, 2022, to file its response to the Amended Complaint.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 3, 2022

CASE NO.   2:21-cv-02158-RFB-EJY

2