**RACHAEL SWERNOFSKY**
Nevada Bar No. 15465
**QUILLING SELANDER LOWNDS**
**WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5443
Facsimile:  (214) 871-2111
rswernofsky@qslwm.com
*Counsel for Trans Union LLC*

\*\*Designated Attorney for Personal Service\*\*
Kurt Bonds, Esq.
Nevada Bar No.: 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| INNOCENT NGWA,<br><br>                    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC, and THE BANK OF MISSOURI DBA FORTIVA,<br><br>                    Defendants. | Case No. 2:21-cv-02158-RFB-EJY<br><br>**JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Innocent Ngwa ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Amended Complaint.

On December 7, 2021, Plaintiff filed her Complaint in this Court against Experian Information Solutions, Inc. ("Experian") only, which alleges claims pursuant to the Fair Credit Reporting Act ("FCRA"), 15 § 1681, *et seq.*  Experian filed its Answer to Plaintiff's Complaint on December 28, 2021.  Plaintiff filed her First Amended Complaint on April 8, 2022, alleging claims pursuant to the FCRA against Trans Union. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's First Amended Complaint is May 4, 2022.

1  Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Amended Complaint up to and including May 25, 2022. This is the first motion for extension of time for Trans Union to respond to Plaintiff's First Amended Complaint.

Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's First Amended Complaint. This Joint Motion is made in good faith and not for the purposes of delay.

The parties will actively discuss a potential early resolution of this case, and the parties believe an extension of this nature may save waste of the parties' time and expense. The additional time will allow Plaintiff and Trans Union time to fully explore such early settlement discussions.

Dated this 4th day of May 2022.

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

*/s/ Rachael Swernofsky*
Rachael Swernofsky
rswernofsky@qslwm.com
Nevada Bar No. 15465
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5443
(214) 871-2111 Fax
**COUNSEL FOR TRANS UNION LLC**

**MARCUS & ZELMAN, LLC**

*/s/ Yitzchak Zelman*
Yitzchak Zelman
yzelman@marcuszelman.com
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
(845) 367-7146
**Counsel for Plaintiff**

5592061.1

**ORDER**

The Joint Motion for Extension of Time for Trans Union LLC to file an answer or otherwise respond to Plaintiff's Amended Complaint is so ORDERED AND ADJUDGED.

Dated this 4th day of May, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**

5592061.1