Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101

Carolee A. Hoover, Esq. (*pro hac vice forthcoming*)
CHoover@mcguirewoods.com
Alexandra S. Farley, Esq. (*pro hac vice forthcoming*)
AFarley@mcguirewoods.com
McGuireWoods LLP
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.1971
Facsimile: 415.844.1914

*Attorneys for The Bank of Missouri dba Fortiva*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INNOCENT NGWA,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC, AND THE BANK OF MISSOURI DBA FORTIVA,<br><br>Defendants. | CASE NO.: 2:21-cv-02158-RFB-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>**(Second Request)** |

Defendant The Bank of Missouri DBA Fortiva ("Fortiva") and Plaintiff Innocent Ngwa ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate, pursuant to LR IA 6-1 and 6-2, to further extend the deadline for Fortiva to respond to the Amended Complaint (ECF No. 19) by fourteen (14) days, or up to and until Monday, June 20, 2022. Absent the extension, the deadline for Fortiva to answer or otherwise respond to the Amended Complaint is June 6, 2022. This is the second stipulation for an extension of time for Fortiva to respond to the Amended Complaint.

1

1  The Parties believe the litigation of this matter is best served by extending the response
2  deadline by 14 days to allow the parties to engage in further discussions.
3  This stipulation is made in good faith, and not intended to cause delay, and not filed for an
4  improper purpose.

5  Dated this 6th day of June, 2022.   Dated this 6th day of June, 2022.

6  PISANELLI BICE PLLC   LAW OFFICES OF ROBERT M. TZALL

8  By:   /s/ Debra L. Spinelli   By:   /s/ Yitchak Zelman
    Debra L. Spinelli, Esq., Bar No. 9695   Robert M. Tzall, Esq., Bar No. 13412
    400 South 7th Street, Suite 300   7735 Commercial Way, Suite 100
9   Las Vegas, Nevada 89101   Henderson, NV 89011
    (702) 666-0233 Tel.
10  Carolee A. Hoover, Esq.
    (*pro hac vice forthcoming*)
11  Alexandra S. Farley, Esq.   Yitzchak Zelman, Esq.
    (*pro hac vice forthcoming*)   MARCUS & ZELMAN, LLC
12  MCGUIREWOODS LLP   (*pro hac vice admitted*)
    Two Embarcadero Center   701 Cookman Avenue, Suite 300
13  Suite 1300   Asbury Park, New Jersey 07712
    San Francisco, CA 94111-3821

*Attorneys for The Bank of Missouri dba Fortiva*   *Attorney for Plaintiff Innocent Ngwa*

## **ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, based on the Parties' stipulation above, Defendant Fortiva shall have fourteen (14) days, or until June 20, 2022, to file its response to the Amended Complaint.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   June 7, 2022

CASE NO.   2:22-cv-02158-RFB-EJY

2