Robert M. Tzall
NV Bar#13412
Contemporary Legal Solutions
2551 N. Green Valley Parkway, Bldg. C, Suite 303
Henderson, NV 89014
Telephone: (702) 666-0233
Email: robert@contemporarylegalsolutions.com

Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
*Admitted Pro Hac Vice*
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Telephone: (732) 695-3282
Email: yzelman@marcuszelman.com
Attorneys for Plaintiff
Innocent Ngwa

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| INNOCENT NGWA,<br><br>**Plaintiff,**<br><br>-v-<br><br>TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and THE BANK OF MISSOURI DBA FORTIVA,<br><br>**Defendants.** | **Civil Case Number: 2:21-CV-02158-RFB-EJY**<br><br>**STIPULATION AND ORDER**<br>**OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against all Defendants in the above-captioned matter, with prejudice. All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:          June 9, 2022

| | |
|---|---|
| /s/ Robert M. Tzall<br>Robert M. Tzall, Esq.<br>Contemporary Legal Solutions<br>2551 N. Green Valley Parkway, Bldg. C, Ste 303<br>Henderson, NV 89014<br>Telephone: (702) 666-0233<br>Email: robert@contemporarylegalsolutions.com | /s/ Benjamin B. Gordon<br>Benjamin B. Gordon, Esq.<br>Naylor & Braster<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>Tel (702) 420-7000<br>Email: bgordon@nblawnv.com |
| /s/ Yitzchak Zelman<br>Yitzchak Zelman, Esq.<br>MARCUS & ZELMAN, LLC<br>Admitted Pro Hac Vice<br>701 Cookman Avenue, Suite 300<br>Asbury Park, NJ 07712<br>Tel: (732) 695-3282<br>Email: yzelman@marcuszelman.com<br><br>*Attorneys for Plaintiff*<br>*Innocent Ngwa* | /s/ Katherine A. Neben<br>Katherine A. Neben, Esq.<br>Jones Day<br>3161 Michelson Drive<br>Irvine, CA 92612<br>Tel: (949) 851-3939<br>Email: kneben@jonesday.com<br><br>*Attorneys for Defendant*<br>*Experian Information Solutions, Inc.* |
| /s/ Debra Spinelli<br>Debra Spinelli, Esq.<br>Pisanelli Bice PLLC<br>400 South 7th Street, Suite 300<br>Las Vegas, NV 89101<br>Tel: (702) 214-2100<br>Email: dls@pisanellibice.com<br>*Attorneys for Defendant*<br>*The Bank of Missouri dba Fortiva* | /s/ Kurt R. Bonds<br>Kurt R. Bonds, Esq.<br>Alverson Taylor & Sanders<br>6605 Grand Montecito Parkway, Suite 200<br>Las Vegas, NV 89149<br>Tel: (702) 384-7000<br>Email: efile@alversontaylor.com<br><br>/s/ Rachael Swernofsky<br>Rachael Swernofsky, Esq.<br>Quilling, Selander, Lownds, Winslett & Moser, P.C.<br>6900 N. Dallas Parkway, Suite 800<br>Plano, TX 75024<br>Tel: (214) 560-5443<br>Email: rswernofsky@qslwm.com<br><br>*Attorneys for Defendant*<br>*Transunion, LLC* |

- 2 -
STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Civil Case Number: 2:21-CV-02158-RFB-EJY
STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE

# ORDER

Based on the Parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that the claims against all defendants are dismissed with prejudice, each side bearing its own fees and costs.

IT IS SO ORDERED

_____
HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: June 9, 2022.